**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   American Bridge Products, Inc.                    Related Bankruptcy Case: 96−16620
                                                           Chapter 7
         Debtor,                                           Judge Joan N. Feeney


         Lynne F. Riley, Chapter 7 Trustee                 Adversary Proceeding: 08−01168
                 Plaintiff

         vs.

         Nicholas J. Decoulos
                 Defendant

---

NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a hearing will be held on **6/8/10 at 10:30 AM** before the Honorable Judge Joan N. Feeney , 12th Floor, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109−3945 to consider the following:

> Status Conference hearing to be held on 6/8/2010 at 10:30 AM at Boston Courtroom 1, 12th Floor, 5 Post Office Square, Boston, MA 02109. Re: [1]Adversary case 08−01168 Complaint by Lynne F. Riley, Chapter 7 Trustee against Nicholas J. Decoulos, Helen Decoulos, Peter Decoulos, Paul Decoulos.

OBJECTION/RESPONSE DEADLINE:
(If left blank, response deadline shall be governed by the Local Rules.)


THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and
2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071−1)

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013−1(f)].


Date:4/29/10                                               By the Court,


                                                           <u>Mary Donnellan</u>
                                                           Deputy Clerk

617–748–5327

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: mnd                    Page 1 of 1                   Date Rcvd: Apr 29, 2010
Case: 08-01168                 Form ID: aphrg               Total Noticed: 9

The following entities were noticed by first class mail on May 01, 2010.
aty          +Charles R. Bennett, Jr.,   Hanify & King, P.C.,   One Beacon Street,   Boston, MA 02108-3131
aty          +Lynne F. Riley,   Altman Riley Esher LLP,   100 Franklin Street,   Boston, MA 02110-1515
aty          +Michael L. Altman,   Altman Riley Esher,   100 Franklin Street,   Boston, MA 02110-1515
ust          +John Fitzgerald,   Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3934
dft          +Helen Decoulos,   9 Wheatland Street,   Peabody, MA 01960-2805
pla          +Lynne F. Riley, Chapter 7 Trustee,   Altman Riley Esher LLP,   100 Franklin Street,
               Boston, MA 02110-1515
dft          +Nicholas J. Decoulos,   39 Cross Street,   Peabody, MA 01960-1670
dft          +Paul Decoulos,   2 Longview Road,   Gloucester, MA 01930-1412
dft          +Peter Decoulos,   34 Wildwood Road,   Danvers, MA 01923-1754

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Ann Marie Walters
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2010            Signature: *Joseph Speetjens*