# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

### Proceeding Memorandum/Order of Court

**In Re:** Riley, Chapter 7 Trustee v. Decoulos      **Case Number:** 08-01168        **Ch:**
     et al

**MOVANT/APPLICANT/PARTIES:**

Status Conference:
#1Adversary complaint 08-01168 Complaint by Lynne F. Riley, Chapter 7 Trustee against Nicholas
J. Decoulos, Helen Decoulos, Peter Decoulos, Paul Decoulos.
#29 Amended Complaint
#86 Defendants' Trial Brief Re: #29 Amended Complaint.
   OPPOSING: Charles R. Bennett Jr.

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                       Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held.  The parties agreed to submit briefs by August 8, 2010 and reply briefs due August 27, 2010.
The parties agreed to participate in mediation.

IT IS SO NOTED:

_____
Courtroom Deputy

IT IS SO ORDERED:

*Joan N. Feeney*

_____  Dated: 06/08/2010
Joan N. Feeney, U.S. Bankruptcy Judge